|  | UNITED STATES DISTRICT COURT | |
|---|---|---|
| | Western District of Virginia | |
| John F. Corcoran | OFFICE OF THE CLERK | (540) 857-5100 |
| Clerk | Post Office Box 1234 | |
| | Roanoke, Virginia  24006 | |
| | June 14, 2010 | |

All Counsel of Record by E-Mail

Re: <u>Johnny Quesenberry vs. Genesis Financial Solutions, et als</u>, 7-10-cv-00204

Dear Counsel:

    This case has been assigned to Judge Glen E. Conrad. The judge has requested that I be in touch with both sides and determine a trial date approximately four to six months out, unless an earlier date is requested by the parties.

    Please confer among yourselves regarding how many days you think we'll need for trial and your availability for the following dates:

> *November 4, 5*
>
> *December 16, 17*
>
> *January 3, 4, 5, 6, 7, 24, 25, 26, 27, 28, 31*
>
> *January 31 - February 1, 2, 3, 4*
>
> *February 10, 11, 14*
>
> *April 4, 5, 6, 7, 8, 11, 12, 13, 14, 15.*

    If no response is received, we will assume that any date chosen in this time frame will be acceptable.

    Based on the trial date that is chosen, a pretrial order shall be entered establishing pretrial deadlines and making other provisions for the development of this case.  United States Magistrate Judge Michael Urbanski will conduct any hearings on non-dispositive motions, including motions concerning discovery, and questions regarding the scheduling of such motions shall be directed to Judge Urbanski's office at (540) 857-5124.

June 14, 2010
Page 2

Further, hearings on dispositive motions, such as motions to dismiss or for summary judgment, as well as motions regarding the admissibility of evidence, shall also be scheduled. Please call me at (540) 857-5119 or email at susanm@vawd.uscourts.gov.

The court wants all discovery completed and pretrial motions filed within forty-five (45) days of the trial date. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond prior to the forty-five (45) days deadline. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial, except with the prior approval of the presiding judge.

Judge Conrad actively promotes alternative dispute resolution in most civil cases. Generally, the parties may opt to initiate mediation, or some other form of alternative dispute resolution, prior to the completion of discovery. The court may initiate mediation shortly before, or shortly following, the scheduled completion of discovery.

For more information on mediation, ECF registration, and/or other local rules, the parties are referred to the public website of the Clerk's Office, available at http://www.vawd.uscourts.gov .

If you feel that the pretrial order in this case shall include special provisions, please contact me by email or telephone

        Very truly yours,

        *Susan Moody*

        Deputy Clerk